HAROLD R. DALZELL, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant.— Order of Monroe County Court and order of Rochester City Court reversed on the law and facts, without costs of this appeal to either party, and motion granted, without costs. Memorandum: This action was commenced May 8, 1942, and issue was joined May 14, 1942; it was placed on the trial calendar June 24, 1942. While there may have been a reasonable excuse for the delay until the fall of 1945 as shown by the affidavit of plaintiff's counsel, we find no reasonable excuse for the failure to prosecute the case since that time. The motion to dismiss should have been granted. (*Wilkolaski* v. *Hanavan,* 149 Misc. 838, affd. 240 App. Div. 867; *Williams* v. *McIntyre,* 275 App. Div. 792; *Ducharme* v. *Rowe,* 273 App. Div. 974; *Kellner* v. *Kener,* 216 App. Div. 244.) All concur. (Appeal from an order of Monroe County Court affirming an order of Rochester City Court denying a motion by defendant to dismiss the complaint for failure to prosecute.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ. [See 282 App. Div. 850.]

■

In the Matter of the Estate of JOHN M. SUTTON, Deceased. DAVID T. COLESBERRY, Appellant; LOUIS McMANN, Respondent.— Decree insofar as it denies an application for the appointment of a second temporary administrator affirmed; decree insofar as it denies an injunction restraining the temporary administrator from destroying property of decedent reversed on the law and facts and injunction granted, with costs to all parties appearing, payable out of the estate. Memorandum: We think under the circumstances here shown the injunction should have been granted. All concur. (Appeal from a decree denying an application for the appointment of a second temporary administrator and for an injunction restraining the temporary administrator from destroying property of decedent.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Appointment of a Member of the COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR IN THE EIGHTH JUDICIAL DISTRICT.— John E. Leach, Esq., of Buffalo appointed a member of the committee.